# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| DAVID L. CONLEY, ADC #101068 | PLAINTIFF |
| V. 4:15CV00359 SWW | |
| CODY HILAND, Prosecuting Attorney, Faulkner County, et al. | DEFENDANTS |

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. The relief sought is denied, and this case is closed. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 7th day of July, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE